788 A.2d 281

IN THE MATTER OF ROBERT M. READ,
AN ATTORNEY AT LAW.

January 24, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–358, concluding that **ROBERT M. READ** of **WESTFIELD,** who was admitted to the bar of this State in 1952, should be reprimanded for violating *RPC* 1.5(a)(unreasonable fee), *RPC* 1.5(b)(failure to communicate to client basis of fee in writing) and *RPC* 8.4(c)(misrepresentation), and good cause appearing;

It is ORDERED that **ROBERT M. READ** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.